UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,          )
                   Plaintiff,       ) Civil Action No. 03-12378-MLW
                                    )
          v.                        )
                                    )
99-101 LONGFELLOW ROAD              )
WORCESTER, MASSACHUSETTS,           )
               Defendant.           )
```

## MOTION TO UNSEAL

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to unseal the following documents impounded in this civil forfeiture action:

1. Verified Complaint for Forfeiture In Rem, including attached affidavits;

2. Warrant and Monition;

3. Motion for Ex Parte Finding and Endorsement of Memorandum of Lis Pendens;

4. Lis Pendens;

5. United States' Ex Parte Motion for a Post-Complaint Restraining Order and the Post-Complaint Restraining Order, attached as Exhibit A; and

6. Memorandum of Points and Authorities in Support of United States' Ex Parte Motion for a Post-Complaint Restraining Order.

The United States initially moved to impound these documents for a brief period because disclosure of this civil forfeiture action before entry of a post-complaint restraining order could have lead to efforts by Louis Thompson, the owner of 99-101 Longfellow Road,

Worcester, Massachusetts (the "Defendant Property") to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the Defendant Property. On December 26, 2003, this Court endorsed the Post-Complaint Restraining Order proposed by the Government. Accordingly, the Government requests that this Court unseal the above-listed documents.

WHEREFORE, the United States requests that the Court unseal the above-listed documents filed in this instant civil forfeiture action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

KRISTINA E. BARCLAY
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: February 17 , 2004

APPROVED AND SO ORDERED:

_____
MARK L. WOLF
UNITED STATES DISTRICT JUDGE

Dated: _____, 2004

2