GREENPOINT MORTGAGE FUNDING, INC.
100 Wood Hollow Drive
Novato, CA 94945
Tel (415) 878-5390
Fax (415) 878-3593

In Pro Per for GREENPOINT MORTGAGE
FUNDING, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>AN INTEREST IN THE REAL PROPERTY LOCATED AT 99-101 LONGFELLOW ROAD, WORCESTER, MASSACHUSETTS,<br>    Defendant. | NO. 03-12378-MLW<br><br>VERIFIED CLAIM OF INTEREST IN REAL PROPERTY |

## VERIFIED CLAIM OF GREENPOINT MORTGAGE FUNDING, INC.

TO: PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that GREENPOINT MORTGAGE FUNDING, INC., hereinafter "GPM" has an interest in the defendant property located at 99-101 Longfellow Road, Worcester, Massachusetts.

1.    On or about April 26, 2002, LOUIS THOMPSON, a married man, executed and delivered to First American Title Insurance a promissory note, hereinafter the "NOTE" in the amount of $180,750.00 attached hereto as Exhibit A. Said NOTE was secured by a Deed of Trust, hereinafter the "DOT" attached hereto as Exhibit B. Further, the current Unpaid Principal

Balance is $176,843.84, Interest accrued but unpaid is $2,549.59, Accrued but unpaid Late/NSF Charges is $41.22, for a total amount due of $179,434.65 as of May 3, 2004.

2.     Wherefore, GPM hereby files this VERIFIED CLAIM with this Court stating that it has an interest in the DEFENDANT REAL PROPERTY to the extent of its lien as shown by the recorded DOT or the actual amount of credit outstanding.

DATED: April 20, 2004                          Respectfully submitted,

ON BEHALF OF CLAIMANT GREENPOINT
MORTGAGE FUNDING, INC.

By _____
IRENE D. GILBERT
Vice President

\pleading\USA v 99-101 Longfellow Road, Asset Forfeiture Verified Claim 04.04.doc