UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03CV12378MLW

UNITED STATES OF AMERICA, )
    Plaintiff )
)
) LOUIS THOMPSON'S
vs. ) PARTY IN INTEREST
) ANSWER TO COMPLAINT
99-101 LONGFELLOW ROAD, )
WORCESTER, MASSACHUSETTS, )
    Defendant )

1. The Defendant Party in Interest (hereinafter Defendant) admits the allegations in paragraph 1.

2. The Defendant admits the allegations contained in paragraph 2.

3. The Defendant admits the allegations contained in paragraph 3.

4. The Defendant denies the allegations contained in paragraph 4.

5. The Defendant denies the allegations contained in paragraph 5.

WHEREFORE the Defendant would move that the Plaintiff's case be dismissed.

Respectfully submitted,
LOUIS THOMPSON,
By His Attorney,

JOSEPH F. BRENNAN, JR., ESQUIRE
285 Main Street
Worcester, MA 01608
(508) 791-8585
B.B.O.# 055480