# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION
NO. 03CV12378MLW**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | **LOUIS THOMPSON'S** |
| **vs.** | ) | **VERIFIED STATEMENT** |
| | ) | **OF INTEREST** |
| **99-101 LONGFELLOW ROAD,** | ) | |
| **WORCESTER, MASSACHUSETTS,** | ) | |
| **Defendant** | ) | |

Now comes Louis Thompson in the above entitled matter and files this

Verified Statement of Interest pursuant to Rule C(6) of the Supplemental Rules for

Certain Admiralty and Maritime Claims. Louis Thompson states that he is the owner of

the real property located at 99-101 Longfellow Road, Worcester, Massachusetts pursuant

to Deed recorded in the Worcester District Registry of Deeds, Book 16257, Page 98.

Signed under the pains and penalties of perjury this _10th_ day of May,

2004.

_____
LOUIS THOMPSON

Respectfully submitted,

JOSEPH E. BRENNAN, JR., ESQUIRE
285 Main Street
Worcester, MA 01608
(508) 791-8585
B.B.O.# 055480

CERTIFICATE OF SERVICE

I hereby certify that on this date I served the above Louis Thompson Party in Interest's Answer to Complaint in the above action by mailing a copy thereof, postage prepaid, to counsel of record:

Kristina E. Barclay, Assistant U. S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

JOSEPH F. BRENNAN, JR., ESQUIRE
285 Main Street
Worcester, MA 01608
(508) 791-8585
B.B.O.#: 055480

Date: _____