**UNITED STATED DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

*************************************************
                                          *
**UNITED STATES OF AMERICA**              *
            **Plaintiff**     *
                                          *
VS.                                       *   Civil Action No. 03-cv12378MLV
                                          *
**99-101 LONGFELLOW ROAD,**               *
**WORCESTER, MASSACHUSETTS**              *
            **Defendants**   *
                                          *
*************************************************

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE COURT AND ALL PARTIES:

    Pursuant to Local Rule 83.5.2, please enter the appearance of the law firm of Cohn & Dussi, LLC, 25 Burlington Mall Road, 6th Floor, Boston, Massachusetts 01803, as attorneys for Mortgage Electric Registration Systems, Inc., as nominee for GMAC Mortgage Corp.

    The undersigned hereby request copies of all notices, papers, motions, pleadings and orders required to be given and otherwise filed by any party in the above-captioned case.

                  MORTGAGE ELECTRIC
                  REGISTRATION SYSTEMS, AS
                  NOMINEE FOR GMAC MORTGAGE
                  CORP.

                  By its attorneys,

                  Lewis J. Cohn, Esq. BBO# 553803
                  Michael H. Theodore, Esq. BBO# 565098
                  25 Burlington Mall Road, 6th Floor
                  Burlington, MA 01803
                  (781) 494-0200

CERTIFICATE OF SERVICE

I, Michael H. Theodore, hereby certify that on this 22nd day of July, 2004, I served by first class mail, postage pre-paid, the foregoing Notice of Appearance upon:

United States Attorneys' Office
Asset Forfeiture Unit
1 Courthouse Way
Suite 9200
Boston, MA 02210

Michael H. Theodore