**UNITED STATED DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
************************************************
                                      *
UNITED STATES OF AMERICA              *
              Plaintiff               *
                                      *
VS.                                   *    Civil Action No. 03-cv12378MLV
                                      *
99-101 LONGFELLOW ROAD,               *
WORCESTER, MASSACHUSETTS              *
              Defendants              *
                                      *
************************************************
```

### ANSWER OF MORTGAGE ELECTRIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GMAC MORTAGE CORPORATION, TO VERIFIED COMPLAINT FOR FORFEITURE IN REM AND CLAIM TO THE DEFENDANT PROPERTY

Now comes Mortgage Electric Registration Systems, Inc., as Nominee for GMAC Mortgage Corporation ("GMACM"), and hereby answers the Verified Complaint of the United State of America as follows:

1.  GMACM is without sufficient information to either admit or deny the allegations in Paragraph 1 of the Complaint, and therefore, denies same.

2.  GMACM is without sufficient information to either admit or deny the allegations in Paragraph 2 the Complaint, and therefore, denies same.

3.  GMACM is without sufficient information to either admit or deny the allegations in Paragraph 3 of the Complaint, and therefore, denies same.

4.  GMACM is without sufficient information to either admit or deny the allegations in Paragraph 4 of the Complaint, and therefore, denies same.

5.  GMACM is without sufficient information to either admit or deny the allegations in

Paragraph 5 of the Complaint, and therefore, denies same.

### AFFIRMATIVE DEFENSE AND CLAIM TO PROPERTY

GMACM is the holder of a first mortgage on the defendant real property located at 99-101 Longfellow Road, Worcester, Massachusetts, is an innocent owner, and therefore, is entitled to receive payment in full of its principle mortgage balance of $200,097.71 as of July 22, 2004, plus accruing interest, and attorneys' fees as part of any forfeiture action. A copy of GMACM's mortgage and account is annexed hereto as Exhibit "A."

WHEREFORE, GMACM respectfully requests that this Honorable Court (i) order payment if full to GMACM as part of any forfeiture proceeding; and (ii) to enter such other relief as is just and necessary.

MORTGAGE ELECTRIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR GMAC
MORTGAGE CORPORATION

By its attorneys,
Cohn & Dussi, LLC,

Lewis J. Cohn, Esq. BBO#553803
Michael H. Theodore, Esq. BBO#565098
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

## CERTIFICATE OF SERVICE

I, Michael H. Theodore, hereby certify that on this 27 day of July, 2004, I served by first class mail, postage pre-paid, the foregoing Answer and Claim of GMAC Mortgage Corporation upon:

United States Attorneys' Office
Asset Forfeiture Unit
1 Courthouse Way
Suite 9200
Boston, MA 02210

Michael H. Theodore