<div style="text-align:center">

UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

</div>

```
*********************************************
                                              *
UNITED STATES OF AMERICA                      *
             Plaintiff                        *
                                              *
VS.                                           *    Civil Action No. 03-cv12378MLV
                                              *
99-101 LONGFELLOW ROAD,                       *
WORCESTER, MASSACHUSETTS                      *
             Defendants                       *
                                              *
*********************************************
```

### ASSENTED-TO MOTION OF MORTGAGE ELECTRIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GMAC MORTAGE CORPORATION, TO AMEND ITS ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM AND VERIFIED STATEMENT OF INTEREST TO THE DEFENDANT PROPERTY

Now comes Mortgage Electric Registration Systems, Inc., as Nominee for GMAC Mortgage Corporation ("GMACM"), and hereby moves this Court for leave to amend its Answer to the Verified Complaint of the United State of America. As grounds for its Motion, GMACM seeks to amend its Answer for the sole purpose of submitting an Answer in Verified form in order to comply with the applicable local rules requiring verification of an answer. GMACM has obtained the assent of Kristina E. Barclay, Assistant U. S. Attorney, to the instant Motion.

<div style="margin-left:50%">

By its attorneys,
Cohn & Dussi, LLC,

_____
Lewis J. Cohn, Esq. BBO#553803
Michael H. Theodore, Esq. BBO#565098
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

</div>

## CERTIFICATE OF SERVICE

I, Michael H. Theodore, hereby certify that on this 16th day of August, 2004, I served by first class mail, postage pre-paid, the foregoing Motion upon:

United States Attorneys' Office
Asset Forfeiture Unit
1 Courthouse Way
Suite 9200
Boston, MA 02210

_____
Michael H. Theodore

# COHN & DUSSI, LLC
## ATTORNEYS AT LAW
25 BURLINGTON MALL ROAD, 6TH FLOOR
BURLINGTON, MASSACHUSETTS 01803-4158

TELEPHONE: 781-494-0200
FACSIMILE: 781-494-0208

JOHN J. DUSSI
LEWIS J. COHN *

MICHAEL H. THEODORE
LISA B. DICKSTEIN
TRACY A. KISH

www.cohnanddussi.com

* ALSO ADMITTED IN DISTRICT OF COLUMBIA
  LL.M. TAXATION

August 16, 2004

Civil Clerk's Office
UNITED STATES DISTRICT COURT
One Courthouse Way
Boston, MA 02110

Re:   *GMAC MORTGAGE CORPORATION vs LOUIS THOMPSON*

Docket No.:   03-cv12378MLV
Our File Number: 20041231

Dear Sir/Madam:

In connection with the above-referenced action, enclosed herewith for filing and docketing, please find Motion to Amend Answer of Mortgage Electric Registration Systems, Inc. and Verified Answer.

Thank you.

Very truly yours,

Michael H. Theodore