UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff, | )<br>)<br>) |
| v. | )<br>) Civil Action No. 03-12378-MLW |
| 99-101 LONGFELLOW ROAD,<br>WORCESTER, MASSACHUSETTS,<br>            Defendant. | )<br>)<br>)<br>) |
| _____ | )<br>) |
| LOUIS THOMPSON,<br>            Claimant. | )<br>)<br>) |

## LOCAL RULE 16.1 JOINT STATEMENT

The Plaintiff, the United States of America, by and through
its attorney, Michael J. Sullivan, United States Attorney for the
District of Massachusetts, and claimant Louis Thompson
("Claimant"), by and through his attorney, Joseph F. Brennan,
Esq., hereby submit this Joint Statement and Proposed Scheduling
Order pursuant to Local Rule 16.1.

This case is a civil forfeiture action, brought by the
United States against the in rem defendant, 99-101 Longfellow
Road, Worcester, Massachusetts (the "Defendant Property").  In
its complaint, the United States alleged that the Defendant
Property was subject to forfeiture, pursuant to 21 U.S.C. §
881(a)(7) because it constituted real property used, or intended
to be used, in any manner or part, to commit, or to facilitate
the commission of, a violation of 21 U.S.C. §§ 841, 846, and/or
856.

<u>Proposed Pre-Trial Schedule</u>

Pursuant to Fed.R.Civ.P. 26 and L.R. 26, the United States provided automatic discovery on December 10, 2004.

1.   The parties propose that any remaining discovery, including interrogatories pursuant to Fed.R.Civ.P. 33, document requests pursuant to Fed.R.Civ.P. 34, and any depositions pursuant to Fed.R.Civ.P. 30, be completed on or before April 15, 2005.

2.   The parties propose that any dispositive motions be filed on or before June 15, 2005.

3.   In the event the case is not settled or resolved by decision on the motions, the parties would seek a status conference at which the Court will schedule the matter for a Final Pre-Trial Conference and Trial.

4.   The parties do not consent to referral of this matter to a Magistrate Judge for further litigation and trial at this time.

5.   The parties hereby certify that they have conferred pursuant to L.R. 16.1(B).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,

By:

Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100

LOUIS THOMPSON
Claimant

Joseph F. Brennan, Esq.
285 Main Street
Worcester, MA 01608
(508) 791-8586

Date:        December 13, 2004

December XX, 2004