UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
|          v. | ) C.A. No. 03-12378-MLW |
| | ) |
| 99-101 LONGFELLOW ROAD, WORCESTER, MASSACHUSETTS, | ) |
|     Defendant. | ) |

ORDER

WOLF, D.J.                                        December 20, 2004

As Lewis Cohn, Esq., counsel for claimant Mortgage Electric Registration System's Inc., neither signed the Local Rule 16.1 Joint Statement nor appeared for the December 20, 2004 Scheduling Conference, as required by the November 18, 2004 Notice of Scheduling Conference (Docket No. 15), it is hereby ORDERED that Mr. Cohn shall, by January 5, 2005, file an affidavit seeking to show cause why sanctions in the amount of $300 should not be imposed on him pursuant to Fed. R. Crim. P. (f).

In any event, all parties, including Mortgage Electric, shall comply with the attached Scheduling Order.

                                    /s/ Mark L. Wolf
                               UNITED STATES DISTRICT JUDGE