```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>          Plaintiff,     )<br>                                )<br>     v.                         )<br>                                )<br>99-101 LONGFELLOW ROAD,         )<br>WORCESTER, MASSACHUSETTS,       )<br>          Defendant.           )<br>_____)<br>                                )<br>LOUIS THOMPSON,                 )<br>          Claimant.            )  | Civil Action No. 03-12378-MLW |

**UNITED STATES' STATUS REPORT PURSUANT
TO DECEMBER 20, 2004 SCHEDULING ORDER**

    The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this Status Report pursuant to this Court's December 20, 2004 Scheduling Order (the "Scheduling Order"). The Scheduling Order required the parties to this civil forfeiture action to report to the Court the status and prospects for settlement.

    This office forwarded settlement information to counsel for Claimant Mortgage Electronic Registration Systems, Inc. ("MERS") In August 2004. Counsel for MERS has informed the undersigned Assistant United States Attorney that it is anticipated that MERS will request an expedited settlement of its claim shortly. When such information is received,the United States will evaluate MERS' claim and determine whether MERS is an "innocent owner" or "bona fide purchaser" of the Defendant Property pursuant to the

applicable forfeiture statutes.  If MERS is able to offer such proof, the United States anticipates entering into an expedited settlement of MERS' claim.

Because counsel for the United States and Claimant Louis Thompson ("Thompson") have not yet had an opportunity to confer regarding the prospects of settlement, the United States seeks an extension of time to February 11, 2005, to file a supplemental status report regarding the status and prospects of settlement of Thompson's claim.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

By:  /s/Kristina E. Barclay
     KRISTINA E. BARCLAY
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of records a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Dated: February 7, 2005        /s/Kristina E. Barclay
                                            KRISTINA E. BARCLAY
                                            Assistant U.S. Attorney