```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,     )
          Plaintiff,          )
                              )
     v.                       )   Civil Action No. 03-12378-MLW
                              )
99-101 LONGFELLOW ROAD,        )
WORCESTER, MASSACHUSETTS,     )
          Defendant.          )
_____)
                              )
LOUIS THOMPSON,               )
          Claimant.           )
```

**UNITED STATES' SUPPLEMENTAL STATUS REPORT PURSUANT
TO DECEMBER 20, 2004 SCHEDULING ORDER**

The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this Supplemental Status Report pursuant to this Court's December 20, 2004 Scheduling Order (the "Scheduling Order"). The Scheduling Order required the parties to this civil forfeiture action to report to the Court the status and prospects for settlement.

Counsel for the United States and Claimant Louis Thompson ("Thompson") conferred regarding the prospects of settlement on February 7, 2005. Thompson's Massachusetts state criminal case is scheduled for trial on March 14, 2005. According to Thompson's counsel, he is unwilling to settle this action prior to the state criminal trial. Accordingly, there is no prospect of settling Thompson's claim in this matter, at least prior to March 13, 2005.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Kristina E. Barclay
                              KRISTINA E. BARCLAY
                              Assistant U.S. Attorney
```

Dated: February 11, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Dated: February 11, 2005              /s/Kristina E. Barclay
                                      KRISTINA E. BARCLAY
                                      Assistant U.S. Attorney