**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

FILED
ERKS OFFICE

Criminal Action No. 03-12378-MLW

2005 FEB 15  P 3: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                 Plaintiff | ) |
| | ) |
| VS. | ) |
| | ) |
| 99-101 LONGFELLOW ROAD | ) |
| WORCESTER, MASSACHUSETTS, | ) |
|                 Defendant | ) |
| | ) |
| LOUIS THOMPSON, | ) |
|                 Claimant | ) |

### CLAIMANT LOUIS THOMPSON'S STATUS REPORT PURSUANT TO DECEMBER 20, 2004 SCHEDULING ORDER

Claimant, Louis Thompson, by and through his attorney, Joseph F. Brennan, Jr., submits this Status Report pursuant to this court's December 20, 2004 Scheduling Order. The Scheduling Order required the parties to this civil action to report the status and prospects for settlement.

Counsel for Claimant and Plaintiff have conferred. There are no prospects for settlement at this time. A criminal matter involving Claimant was scheduled for trial on January 24, 2005 but was continued to March 14, 2005.

Louis Thompson
By his Attorney,

JOSEPH F. BRENNAN, JR., ESQUIRE
285 Main Street
Worcester, MA 01608
(508) 791-8585
BBO #055480

## CERTIFICATE OF SERVICE

I, Joseph F. Brennan, Jr., Esquire, hereby certify that I have this 11th day of February, 2005, mailed a copy of the within Status Report, postage prepaid to Kristina Barclay, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, Massachusetts.

JOSEPH F. BRENNAN, JR., ESQUIRE