```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
            Plaintiff,         )
                               )
     v.                        )  Civil Action No. 03-12378-MLW
                               )
99-101 LONGFELLOW ROAD,         )
WORCESTER, MASSACHUSETTS,       )
            Defendant.         )
_____)
                               )
LOUIS THOMPSON,                )
            Claimant.          )
```

### UNITED STATES' FURTHER STATUS REPORT PURSUANT TO DECEMBER 20, 2004 SCHEDULING ORDER

The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this Status Report pursuant to this Court's December 20, 2004 Scheduling Order (the "Scheduling Order"). The Scheduling Order required the parties to this civil forfeiture action to report to the Court the status and prospects for settlement.

As set forth in the United States' February 7, 2005 Status Report Pursuant to December 20, 2004 Scheduling Order, counsel for the United States office forwarded settlement information to counsel for Claimant Mortgage Electronic Registration Systems, Inc. ("MERS") in August 2004. MERS has requested an expedited settlement of its claim, and submitted documents in support of its request. The United States has requested additional documentation, and counsel for MERS' has indicated that such

information is forthcoming.  After receipt of all requested information, the United States will evaluate MERS' claim and determine whether MERS is an "innocent owner" or "bona fide purchaser" of the Defendant Property pursuant to the applicable forfeiture statutes.  If MERS is able to offer such proof, the United States anticipates entering into an expedited settlement of MERS' claim.

Counsel for the United States and Claimant Louis Thompson ("Thompson") have conferred regarding the prospects of settlement.  Thompson's Massachusetts state criminal case was scheduled for trial on March 14, 2005, but has been rescheduled for trial in May 2005.  According to Thompson's counsel, he is unwilling to settle this action prior to the state criminal trial.  Accordingly, there is no prospect of settling Thompson's claim in this matter, at least prior to May 2005.

                                        Respectfully Submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                               By:  /s/ Kristina E. Barclay
                                  KRISTINA E. BARCLAY
                                  Assistant U.S. Attorney
                                  U. S. Attorney's Office
                                  John Joseph Moakley
                                  United States Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA  02210
                                  (617) 748-3100

Dated: April 1, 2005

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Dated: April 1, 2005                    <u>/s/Kristina E. Barclay</u>
                                        KRISTINA E. BARCLAY
                                        Assistant U.S. Attorney