UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,       )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 03-12378-MLW
                                )
99-101 LONGFELLOW ROAD,          )
WORCESTER, MASSACHUSETTS,        )
          Defendant.            )
_____)
                                )
LOUIS THOMPSON,                 )
          Claimant.             )
```

**UNITED STATES' MOTION TO VACATE
APRIL 7, 2005 ORDER REQUIRING THE
PARTIES TO FURTHER REPORT TO THE COURT BY
<u>JUNE 15, 2005 REGARDING SETTLEMENT</u>**

The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that this Court vacate its April 7, 2005 Order requiring the parties to further report to the Court by June 15, 2005 concerning settlement (the "April 7 Order"). In support thereof, the United States sets forth the following:

1.  The United States filed its Complaint for Forfeiture <u>in Rem</u> in this action on November 25, 2003. Louis Thompson ("Thompson") filed a claim and answer to the Complaint on May 13, 2004.

2.  The Court held a scheduling conference pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1 on December 20, 2004. Also on December 20, 2004, the Court entered a Scheduling Order (the

"Scheduling Order") setting forth the following deadlines, among others:

- February 4, 2005: report regarding the status and prospects for settlement;
- April 15, 2005: close of discovery;
- April 29, 2005: report regarding prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment;
- May 11, 2005: Scheduling Conference;
- May 23, 2005: Final Pretrial Conference; and
- June 6, 2005: Trial.

3.  On February 7 and 11, 2005, the United States filed status reports regarding the prospects for settlement.  On February 17, 2005, this Court ordered the parties to report further regarding settlement on or before April 1, 2005.  On April 1, 2005, the United States filed a status report indicating that there were no prospects of settling Thompson's claim, at least before his scheduled state court trial in May 2005.  On April 7, 2005, this Court ordered the parties to report further regarding settlement on or before June 15, 2005 (<u>i.e.</u> the April 7 Order).

4.  The April 7 Order appears to conflict with the Scheduling Order, in that it requires the parties to further

2

report regarding settlement <u>after</u> the scheduled trial date in this matter.

   5.   This case has been pending since November 2003, and is ripe for summary judgment.  On January 11, 2005, the United States served interrogatories and document requests pursuant to Fed. R. Civ. P. 33 and 34, respectively, on Thompson.  Despite conferences with Thompson's counsel pursuant to Local Rule 37.1, Thompson has failed to respond to the United States' discovery requests.  On April 14, 2005, the United States deposed Thompson, and he asserted his Fifth Amendment privilege not to respond to any questions regarding the factual basis for this forfeiture action.  Thompson did not conduct any discovery, and has not asserted any affirmative defenses in this action.  Accordingly, the United States intends to file a motion for summary judgment under Fed. R. Civ. P. 56 on or before May 13, 2005.

   6.   Thompson has not moved the Court for a stay of this civil forfeiture action pending a resolution of his state criminal case.

   7.   Thompson's state court criminal case was originally scheduled for trial on January 24, 2005.  It was continued to March 14, 2005, continued again to May 18, 2005, and most recently continued to May 23, 2005.  There is no guarantee that his state court trial will go forward as scheduled on May 23.

8.  The Assistant United States Attorney prosecuting this case will be on leave from the United States Attorney's Office from approximately the end of June 2005 until approximately the end of October 2005.

9.  Counsel for claimant Mortgage Electronic Registration Systems, Inc., as nominee for GMAC Mortgage Corporation, has assented to the relief requested herein.

WHEREFORE, the United States requests that the Court vacate its April 7 Order, and that the Scheduling Order continue to govern the pretrial and trial schedule in this action.

                                  Respectfully Submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                        By:  /s/ Kristina E. Barclay
                             KRISTINA E. BARCLAY
                             Assistant U.S. Attorney
                             U. S. Attorney's Office
                             John Joseph Moakley
                             United States Courthouse
                             1 Courthouse Way, Suite 9200
                             Boston, MA  02210
                             (617) 748-3100

Dated: April 29, 2005

**LOCAL RULES 7.1(A)(2) & 37.1(B) CERTIFICATION**

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I attempted to confer with counsel of record in a good faith attempt to narrow or resolve the issue raised in this motion.

/s/Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Dated: April 29, 2005

/s/Kristina E. Barclay
KRISTINA E. BARCLAY
Assistant U.S. Attorney