UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,        )
          Plaintiff,             )
                                 )
     v.                          )  Civil Action No. 03-12378-MLW
                                 )
99-101 LONGFELLOW ROAD,           )
WORCESTER, MASSACHUSETTS,         )
          Defendant.              )
_____)
                                 )
LOUIS THOMPSON,                  )
          Claimant.              )
```

## UNITED STATES' REPORT PURSUANT TO DECEMBER 20, 2004 SCHEDULING ORDER

The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this Status Report pursuant to this Court's December 20, 2004 Scheduling Order (the "Scheduling Order"). The Scheduling Order required the parties to this civil forfeiture action to report to the Court as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

### Prospects for Settlement

As set forth in the United States' April 1, 2005 Status Report Pursuant to December 20, 2004 Scheduling Order, counsel for the United States office forwarded settlement information to counsel for Claimant Mortgage Electronic Registration Systems, Inc. ("MERS") in August 2004. MERS has requested an expedited settlement of its claim, and submitted documents in support of

its request.  The United States has requested additional documentation, and counsel for MERS' has indicated that such information is forthcoming.  After receipt of all requested information, the United States will evaluate MERS' claim and determine whether MERS is an "innocent owner" or "bona fide purchaser" of the Defendant Property pursuant to the applicable forfeiture statutes.  If MERS is able to offer such proof, the United States anticipates entering into an expedited settlement of MERS' claim.

Counsel for the United States and Claimant Louis Thompson ("Thompson") have conferred regarding the prospects of settlement.  Thompson's Massachusetts state criminal case was scheduled for trial on March 14, 2005, but has been rescheduled for trial in May 2005.  According to Thompson's counsel, he is unwilling to settle this action prior to the state criminal trial.  Accordingly, there is no prospect of settling Thompson's claim in this matter, at least prior to May 2005.

### Basis for Summary Judgment

This case has been pending since November 2003, and is ripe for summary judgment.  On January 11, 2005, the United States served interrogatories and document requests pursuant to Fed. R. Civ. P. 33 and 34, respectively, on Thompson.  Despite conferences with Thompson's counsel pursuant to Local Rule 37.1, Thompson has failed to respond to the United States' discovery

requests.  On April 14, 2005, the United States deposed Thompson, and he asserted his Fifth Amendment privilege not to respond to any questions regarding the factual basis for this forfeiture action.  Thompson did not conduct any discovery, and has not asserted any affirmative defenses in this action.  Accordingly, the United States intends to file a motion for summary judgment under Fed. R. Civ. P. 56 on or before May 13, 2005.

                    Respectfully Submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

            By:  /s/ Kristina E. Barclay
                 KRISTINA E. BARCLAY
                 Assistant U.S. Attorney
                 U. S. Attorney's Office
                 John Joseph Moakley
                 United States Courthouse
                 1 Courthouse Way, Suite 9200
                 Boston, MA  02210
                 (617) 748-3100

Dated: April 29, 2005

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Dated: April 29, 2005                                   /s/Kristina E. Barclay
                                                                      KRISTINA E. BARCLAY
                                                                      Assistant U.S. Attorney