UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES of AMERICA**                          **CIVIL CASE**
                                                     **NO. 03-12378-MLW**
        **V.**

**99-101 LONGFELLOW ROAD**
         **Defendant(s)**

                    **NOTICE OF RESCHEDULING/CANCELLATION**
**WOLF, D.J.**

The **STATUS CONFERENCE** previously scheduled for **MAY 11, 2005** at **4:00 P.M.** before Judge **Wolf**, has been CANCELLED.

                                        SARA A. THORNTON
                                        CLERK OF COURT

**May 10, 2005**                        By:    /s/ Dennis O'Leary
Date                                           Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]