UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>99-101 LONGFELLOW ROAD,<br>WORCESTER, MASSACHUSETTS,<br>      Defendant.<br>_____<br>LOUIS THOMPSON,<br>      Claimant. | )<br>)<br>)<br>) Civil Action No. 03-12378-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a), the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for summary judgment in the above-captioned matter. As set forth more fully in the accompanying Memorandum of Law, there is no genuine issue of material fact as to the forfeitability of 99-101 Longfellow Road, Worcester, Massachusetts (the "Defendant Property"). The United States has met its burden of establishing by a preponderance of the evidence that the Defendant Property constitutes real property which was used, or intended to used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, 846 and/or 856. Accordingly, the Defendant Property is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7). Because Claimant Louis

Thompson asserted to affirmative defenses in this action, the United States is therefore entitled to judgment as a matter of law.

WHEREFORE, the United States respectfully requests that the Court grant summary judgment in its favor.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
KRISTINA E. BARCLAY
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210
(617) 748-3100

Dated: May 12, 2005

**LOCAL RULE 7.1(A) CERTIFICATION**

I hereby certify that, prior to filing this Motion, I have in good faith conferred, or have made a good faith effort to confer, with counsel of record as required by Local Rule 7.1(a).

_____
Kristina E. Barclay
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Kristina E. Barclay, hereby certify that I have served the foregoing Motion, the accompanying Memorandum of Law, the accompanying Statement of Undisputed Material Facts, and the accompanying Affidavit of Kristina E. Barclay upon counsel of record, by United States First Class Mail, postage prepaid, on May 12, 2005.

_____
Kristina E. Barclay
Assistant U.S. Attorney