UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
        Plaintiff,                )
                                  )
   v.                         )   Civil Action No. 03-12378-MLW
                                  )
99-101 LONGFELLOW ROAD,             )
WORCESTER, MASSACHUSETTS,           )
        Defendant.                )
_____ )
                                  )
LOUIS THOMPSON,                     )
        Claimant.                 )

## AFFIDAVIT OF
## KRISTINA E. BARCLAY

I, Kristina E. Barclay, being duly sworn, state the following:

1. I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case.

2. Pursuant to Fed. R. Civ. P. 33 and 34, I served interrogatories and document requests on Claimant Louis Thompson ("Thompson") on January 11, 2005.

3. Pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1, I conferred with counsel for Claimant Louis Thompson, Joseph Brennan, Esq., on at least two occasions, regarding Thompson's failure to respond to discovery.

Signed under penalties of perjury this 12th day of May 2005.

_____
KRISTINA E. BARCLAY
Assistant U.S. Attorney