UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES of AMERICA**                    CIVIL CASE
                                                NO. 03-12378-MLW
            V.

**99-101 LONGFELLOW ROAD**
            **Defendant(s)**

**NOTICE OF RESCHEDULING/CANCELLATION**

**WOLF, D.J.**

The **PRETRIAL CONFERENCE** previously scheduled for **MAY 23, 2005** at **4:00 P.M.** before Judge **Wolf**, has been CANCELLED.

                                                SARAH A. THORNTON
                                                CLERK OF COURT

**May 16, 2005**                       By:   /s/ Dennis O'Leary
Date                                         Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                    [ntchrgcnf.]