UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>                      )<br>     v.                   )<br>                      )<br>99-101 LONGFELLOW ROAD, )<br>WORCESTER, MASSACHUSETTS, )<br>          Defendant. ) | **FILED UNDER SEAL**<br><br>Civil Action No.<br><br>03c 12378 MLW |

**WARRANT AND MONITION**

To: The United States Marshal for the District of Massachusetts, or his Deputies and/or Agents

We Command You to give notice to all persons concerned that a Verified Complaint for Forfeiture In Rem (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant real property located at 99-101 Longfellow Road, Worcester, Massachusetts, more particularly described in the Complaint (the "Defendant Property"), for forfeiture to the United States of America, pursuant to 21 U.S.C. § 881(a)(7). The Defendant Property is currently owned by Louis Thompson.

This Court has found probable cause for the commencement of a civil action against the Defendant Property. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Property, at least once for three (3) successive weeks, in the Boston Herald, or any other newspaper having a general circulation in this District; and

(2) Mailing a copy of this Warrant and Monition, together

DOCKETED

with a copy of the Complaint to:

Louis Thompson
99 Longfellow Road
Worcester, MA 01602

GreenPoint Mortgage Funding, Inc.
470 Totten Pond Road, 1st Floor
Waltham, MA 02154

GreenPoint Mortgage Funding, Inc.
100 Wood Hollow Drive, Distribution Department
Novato, CA 94945

Equity One, Inc.
400 Lippincott Drive
Marlton, NJ 08053

Alliance Funding
P.O. Box 468
Montvale, NJ 07645

Worcester Tax Assessor
City Hall
455 Main Street
Worcester, MA 01608

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded that pending further order of the Court, you are **not** to take possession of, seize, or otherwise take into custody the Defendant Property, and you are **not** responsible for the care or maintenance of the Defendant Property during the pendency of this forfeiture action.

You Are Further Commanded, if you are granted permission by the owner or possessors of the Defendant Property, to enter and forthwith conduct an inventory and inspection thereof.

<u>You Are Further Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Property, or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Verified Complaint for Forfeiture <u>In Rem</u>. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEYS' OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES

DRUG ENFORCEMENT ADMINISTRATION, JFK BUILDING, 15 NEW SUDBURY STREET, ROOM E-400, BOSTON, MASSACHUSETTS 02203, ATTENTION: JAMES O'HARA, SPECIAL AGENT.

                                          Tony Anastas, Clerk
                                          U.S. District Court

By: _____
     Deputy Clerk
     Date: _1-26-04_, 2003

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: _Jan. 28_, 2004

K B