UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03CV12378MLW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | )<br>)<br>) |
| vs. | )  LOUIS THOMPSON'S<br>)  VERIFIED STATEMENT<br>)  OF INTEREST |
| 99-101 LONGFELLOW ROAD,<br>WORCESTER, MASSACHUSETTS,<br>Defendant | )<br>)<br>) |

Now comes Louis Thompson in the above entitled matter and files this Verified Statement of Interest pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Louis Thompson states that he is the owner of the real property located at 99-101 Longfellow Road, Worcester, Massachusetts pursuant to Deed recorded in the Worcester District Registry of Deeds, Book 16257, Page 98.

Signed under the pains and penalties of perjury this 10th day of May, 2004.

*/s/ Louis Thompson*
LOUIS THOMPSON

Respectfully submitted,

*/s/ Joseph E. Brennan, Jr.*
JOSEPH E. BRENNAN, JR., ESQUIRE
285 Main Street
Worcester, MA 01608
(508) 791-8585
B.B.O.# 055480