UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03CV12378MLW

UNITED STATES OF AMERICA, )
    Plaintiff )
)
) LOUIS THOMPSON'S
vs. ) PARTY IN INTEREST
) ANSWER TO COMPLAINT
99-101 LONGFELLOW ROAD, )
WORCESTER, MASSACHUSETTS, )
    Defendant )

1.    The Defendant Party in Interest (hereinafter Defendant) admits the allegations in paragraph 1.

2.    The Defendant admits the allegations contained in paragraph 2.

3.    The Defendant admits the allegations contained in paragraph 3.

4.    The Defendant denies the allegations contained in paragraph 4.

5.    The Defendant denies the allegations contained in paragraph 5.

    WHEREFORE the Defendant would move that the Plaintiff's case be dismissed.

Respectfully submitted,
LOUIS THOMPSON,
By His Attorney,

JOSEPH F. BRENNAN, JR., ESQUIRE
285 Main Street
Worcester, MA 01608
(508) 791-8585
B.B.O.# 055480

CERTIFICATE OF SERVICE

I hereby certify that on this date I served the above Louis Thompson Party in Interest's Answer to Complaint in the above action by mailing a copy thereof, postage prepaid, to counsel of record:

Kristina E. Barclay, Assistant U. S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

JOSEPH F. BRENNAN, JR., ESQUIRE
285 Main Street
Worcester, MA 01608
(508) 791-8585
B.B.O.#: 055480

Date: May 10, 2004