**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

*Criminal Action No. 03-CV-12378-MLV*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| 99-101 LONGFELLOW ROAD | ) |
| WORCESTER, MASSACHUSETTS | ) |

<u>AUTOMATIC DISCLOSURES OF MORTGAGE ELECTRIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GMAC MORTGAGE CORPORATION</u>

Pursuant to Fed. R. Civ. P. 26(a), interested party Louise Thompson, hereby submits its Automatic Disclosures to the Plaintiff and Defendant based upon information reasonably available to Louise Thompson. Louise Thompson reserves the right to supplement these disclosures.

1. **INITIAL DISCLOSURES**

    A. <u>INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION WHICH MAY BE USED TO SUPPORT GMAC'S CLAIMS OR DEFENSES</u>

    1. Louise Thompson
    2. Keeper of the Records, GMAC Mortgage Corporation

    B. <u>A DESCRIPTION OF ALL DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY OR CONTROL OF GMAC MORTGAGE WHICH MAY BE USED TO SUPPORT ITS CLAIMS OR DEFENSES</u>

    1. None.

C. *COMPUTATION OF DAMAGES*

*Not applicable.*

D. *INSURANCE AGREEMENTS*

*There are no insurance policies that will satisfy, indemnify or reimburse part or all of judgment it may expect to receive.*

E. *EXPERT WITNESSES*

*Louise Thompson does not expect to call any expert witnesses.*

*Louise Thompson*
*By his Attorney,*

_____
*JOSEPH F. BRENNAN, JR., ESQUIRE*
*285 Main Street*
*Worcester, MA 01608*
*(508) 791-8585*
*BBO #055480*

## CERTIFICATE OF SERVICE

I, Joseph F. Brennan, Jr., Esquire certify that on this 12th day of January, 2005, I caused to be served a true and accurate copy of the foregoing Automatic Disclosures by first class mail, postage prepaid, upon the following:

Kristina Barklay, Esquire
Office of the United States Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Michael H. Theodore, Esquire
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803

_____
JOSEPH F. BRENNAN, JR., ESQUIRE