1

1 - 33

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
                              )
        Plaintiff,       )
                              )  DOCKET NO.
                              )  03CV12378MLW
99-101 LONGFELLOW ROAD,    )
                              )
        Defendant.      )


THE ORAL DEPOSITION OF LOUIS THOMPSON, held

pursuant to Notice, and the applicable provisions of the

Federal Rules of Civil Procedure, before Jody Perkins, a

Court Reporter and Notary Public, within and for the

Commonwealth of Massachusetts, at the offices of the

United States Attorney, 595 Main Street, Worcester,

Massachusetts, on Thursday, April 14, 2005,

commencing at 12:15 p.m.


# ORIGINAL

PRESENT:

On Behalf of the United States:

KRISTINA E. BARCLAY, Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100


On Behalf of the Defendant:

JOSEPH BRENNAN, JR., ESQ.
Attorney at Law
Bay State Building
285 Main Street
Worcester, MA  01608
(508) 791-8585

I N D E X

WITNESS:                                                           ,PAGE

Louis Thompson

    Examination by Ms. Barclay                                      5

EXHIBITS:          DESCRIPTION                                      PAGE

Thompson No. 1    Statement of Interest                    ,        20

4

# S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED TO,
by and between the parties and their
respective attorneys, that all
objections, except as to the form of the
questions, shall be reserved until the
time of trial; that the filing of the
deposition be waived; and, that the
reading and signing of the deposition
are waived.

5

1                    P R O C E E D I N G S

2                                              (10:00 a.m.)

3          MS. BARCLAY:  Mr. Thompson, my name is Kristina

4     Barclay, and I represented the United States in this

5     civil forfeiture action against 99-101 Longfellow, in

6     Worcester, and the court reporter is going to swear you

7     in before we start.

8          L O U I S  T H O M P S O N , having been sworn by a

9     Notary Public to tell the truth, the whole truth and

10    nothing but the truth, testified upon his oath as

11    follows:

12          EXAMINATION BY MS. BARCLAY:

13    Q    Could you state your full name?

14    A    Louis Thompson.

15    Q    How do you spell your last name?

16    A    T-H-O-M-P-S-O-N.

17    Q    And it's Louis?

18    A    Louis, L-O-U-I-S.

19    Q    Are you known by any other names; do you have any

20         nicknames or anything like that?

21    A    Yeah.

22    Q    What are some of your nicknames?

23    A    They just call me, my nickname is Rat.

24    Q    Rat.  Okay.  Have you ever had a deposition taken

25         before?

6

1   A    No.

2        COURT REPORTER:  You've got to keep your voice up.

3        I'm having a--

4   A    No.

5        THE WITNESS:  Sorry.

6        COURT REPORTER:  That's okay.

7        MS. BARCLAY:  The court reporter is recording

8        everything that you say, so our, we have to talk to

9        each other.  She can't record nods or hand gestures or

10       anything like that, so make sure that you keep your

11       voice up.

12       If you don't understand a question, let me know,

13       and I will try to rephrase it, and if you need to take

14       a break at any time, just let me know, and we can do

15       that.  I'd just ask that you answer any questions

16       before we take a break, and if, obviously, if you need

17       to consult with your attorney about anything, let me

18       know.  Okay?

19       MR. BRENNAN:  You have to answer.

20       THE WITNESS:  Yeah, yeah.  Yeah.  Sorry, I'm

21       sorry.  Yeah.

22       BY MS. BARCLAY:

23  Q    Mr. Thompson, have you taken any alcohol, medications,

24       narcotics, anything like that in the last 24 hours that

25       may affect your ability to testify?

APEX Reporting
(617) 426-3077

7

```
 1  A   No.
 2          MS. BARCLAY:  Mr. Brennan, stipulations.  Read and
 3      sign before a notary?
 4          MR. BRENNAN:  I don't need to read and sign.
 5          MS. BARCLAY:  Without a notary--
 6          MR. BRENNAN:  Right.
 7          MS. BARCLAY:  Objections reserved except as to
 8      form?
 9          MR. BRENNAN:  Yes.
10          MS. BARCLAY:  Waive filing?
11          MR. BRENNAN:  Yes.
12          MS. BARCLAY:  Okay.
13          BY MS. BARCLAY:
14  Q   Mr. Thompson, what's your date of birth?
15  A   12/28/60.
16  Q   Twelve twenty-eight?
17  A   Sixty.
18  Q   Where were you born?
19  A   Jamaica.
20  Q   And how long did you live in Jamaica?
21  A   About 23 years before I came here.
22  Q   Okay.  When did you come here?
23  A   I believe between '85, late '85, '85, '84.
24  Q   Did you come directly to Massachusetts?
25  A   No.
```

8

```
 1   Q   Where did you go first?

 2   A   Miami.

 3   Q   How long did you live in Miami?

 4   A   A couple years, about two, three years.

 5   Q   And where did you live after Miami?

 6   A   Worcester.

 7   Q   Have you lived in Worcester since then?

 8   A   Yeah.

 9   Q   What was the year that you moved to Worcester?

10   A   Eighty-eight.

11   Q   What is your current residential address?

12   A   128 Maywood Street, Worcester, Mass., 01603.

13   Q   I'm sorry.  One twenty-eight--

14   A   Maywood Street.

15   Q   How do you spell that?

16   A   M-A-Y-W-O-O-D, Worcester, Mass., 01603.

17   Q   How long have you lived at 128 Maywood?

18   A   Two years, about two years.

19   Q   Who owns 128 Maywood?

20   A   Me, Louis Thompson.

21   Q   You own it?

22   A   Yeah.

23   Q   When did you buy the property?

24   A   Oh, it's sometime in March of 2003, something like

25       that.
```

9

1  Q  And when did you move in; did you move in when you
2     bought it?
3  A  No.
4  Q  Okay.  What month did you move in?
5  A  About in 2003, about, I believe it's sometime in
6     November or October.  I'm not quite sure.
7  Q  Where did you live before 128 Maywood?
8  A  99 Longfellow Road.
9  Q  And who owns that piece of property?
10  A  Louis Thompson.
11  Q  You own it?
12  A  Yeah.
13  Q  How long have you owned 99 Longfellow?
14  A  From 1993 sometime in, what, May or March, one of those
15     two, I'm not quite sure.
16  Q  Who lives, does anyone life with you at 128 Maywood?
17  A  Right now?
18  Q  Yes.
19  A  My nephew.
20  Q  Your nephew?
21  A  Yeah.
22  Q  What's his name?
23  A  Mark Stevenson (sic).
24  Q  Does anyone else live at 128 Maywood?
25  A  No.

| | | |
|---|---|---|
| 1 | Q | Is that a single-family or a multi-family? |
| 2 | A | Three-family. |
| 3 | Q | And do you live, what unit? |
| 4 | A | Third floor. |
| 5 | Q | Who lives in the other two units? |
| 6 | A | Two other tenants. |
| 7 | Q | How long have they lived there? |
| 8 | A | One lived there one year now, and the other one is just |
| 9 | | two months. |
| 10 | Q | What are their names? |
| 11 | A | One is Garcia and one is Igry, something like that.  I |
| 12 | | don't quite remember their last name. |
| 13 | Q | Okay.  What was the first one, Garcia? |
| 14 | A | Garcia. |
| 15 | Q | Okay. |
| 16 | | COURT REPORTER:  I didn't hear the second one. |
| 17 | | I'm sorry. |
| 18 | | THE WITNESS:  I don't quite remember the second |
| 19 | | person. |
| 20 | | MS. BARCLAY:  Okay. |
| 21 | | BY MS. BARCLAY: |
| 22 | Q | Are you married? |
| 23 | A | Yeah. |
| 24 | Q | What's your wife's name? |
| 25 | A | Lorraine Thompson. |

11

1   Q   Where does she live?

2   A   She's living right now at, she's living in Worcester.

3       I don't quite remember the address.  It's off Pleasant

4       Street.

5   Q   I'm sorry?

6   A   It's off -- she's living in Worcester off Pleasant

7       Street.

8   Q   Off Pleasant Street?

9   A   Yeah.

10  Q   Have you ever lived together?

11  A   Yeah.

12  Q   When was the last time you lived together?

13  A   We lived together at Longfellow.

14  Q   At Longfellow?

15  A   Yeah.

16  Q   And so when, what was the month and the year that you

17      last lived together?

18  A   It was 2002.

19  Q   In 2002?

20  A   Yeah.

21  Q   And why don't you live together now?

22  A   We're going through some problem.

23  Q   What types of problems?

24  A   Marital problems between me and her.

25          COURT REPORTER:  You're speaking very low--

*APEX Reporting*
(617) 426-3077

12

1        THE WITNESS:  Sorry--

2        COURT REPORTER:  --so you've got to keep it up.

3        THE WITNESS:  Yeah.

4        BY MS. BARCLAY:

5   Q    When you lived at 99 Longfellow, is that a multi-family

6        or single-family?

7   A    Two-family.

8   Q    I'm sorry?

9   A    Two-family.

10  Q    Which unit did you live in?

11  A    The first floor.

12  Q    And who lived on the second floor before you moved?

13  A    Mosso, Mosso the last name, David, David Mosso,

14       something like that.

15  Q    Mosso?

16  A    Mosso, yeah.

17       MR. BRENNAN:  It's Mosso, M-O-S-S-O.

18       MS. BARCLAY:  Okay.

19       BY MS. BARCLAY:

20  Q    Does anyone else own 99 Longfellow with you or--

21  A    No--

22  Q    --are you the only owner?

23  A    No.

24  Q    And do you have any mortgages on the property?

25  A    Yeah.

*APEX Reporting*
(617) 426-3077

13

```
 1   Q   With what mortgage company?

 2   A   GMC.

 3   Q   GMAC?

 4   A   Yeah, GMAC.

 5   Q   And how long did you live at 99 Longfellow?

 6   A   From 1993, wait a minute, 1993 until 2003.

 7   Q   Do you have any children?

 8   A   No.

 9   Q   Are you currently employed?

10   A   Maytag Laundromat.

11   Q   What's the address of the laundromat?

12   A   122, 122 Chandler Street.

13   Q   Turner?

14   A   Chandler, Chandler.

15   Q   Chandler.  And who owns 122 Chandler Street?

16   A   Who own it?  We rent it from Keystone Lighting Company.

17   Q   Who's your boss?

18   A   I'm a partnership.

19   Q   Oh, so you own Maytag--

20   A   Yeah--

21   Q   --Laundromat?

22   A   Yeah.

23   Q   With whom?

24   A   Cleveland Bryan.

25   Q   I'm sorry?
```

1    A    Cleveland Bryan.

2    Q    Cleveland--

3    A    Bryan--

4    Q    --Bryan?

5    A    Yeah, B-R-Y-A-N.

6    Q    How long have you had that partnership?

7    A    Between '91, '92, we opened between that time, sometime

8         between then.

9    Q    Nineteen ninety-one, 1992?

10   A    Ninety-two, yeah, between that time.

11   Q    Do you draw a salary from that or are you, how are you

12        compensated?

13   A    We do a yearly thing with tax.

14   Q    I'm sorry?

15   A    Tax, we do a yearly thing with tax, with tax money.

16   Q    With tax?

17   A    A tax, my tax guy, Anthony, what's the name, Burno, so

18        yearly thing, we draw money from or get money from it.

19        That's a yearly thing.

20   Q    I'm sorry?

21   A    Yearly, yearly.

22   Q    Yearly?

23   A    Yeah.

24   Q    Okay.  So do you draw any sort of weekly or monthly

25        salary from Maytag Laundromat?

15

```
 1   A   No.

 2   Q   You just get paid once a year?

 3   A   Yeah.

 4   Q   What month do you usually get paid in?

 5   A   In December.

 6   Q   How much were you paid in December of 2004?

 7   A   Right now, we lost last year because the business lose

 8       last, this 2004 because there's another laundromat open

 9       up right aside of us, so last year, we lost.

10   Q   So how much did you, personally, earn in 2004 from the

11       laundromat?

12   A   Between, this year, between $5,000, $5,000, $6,000.

13   Q   Do you have any other sources of income?

14   A   Property.  I used to have property, 172 Longfellow

15       Road.

16   Q   One seventy-two?

17   A   Longfellow Road.

18   Q   That's also in Worcester?

19   A   Yeah.

20   Q   How many units are in that building?

21   A   It was two.  It was a two-family.

22   Q   Do you still own that?

23   A   No.  I sold it last, last, in 2003.

24   Q   When?

25   A   2000 or 2004, 2004, I believe it's 2004, but I'm not
```

*APEX Reporting*
(617) 426-3077

1    quite sure.

2  Q   Okay.  How much did you sell it for?

3  A   It was $300 -- $320,000.  I'm not quite sure, but it

4      was over $300,000.

5  Q   Okay.  Did you have a mortgage on that property?

6  A   Yeah, we did have a loan.

7  Q   Other than 172 Longfellow which, I guess, you don't own

8      now, I'm sorry--

9  A   Yeah.

10 Q   Other than 99 Longfellow and 128 Maywood, do you own

11     any other real estate?

12 A   No.

13 Q   Do you have any other source of income?

14 A   No.

15 Q   Have you ever been arrested?

16 A   Yup--

17         MR. BRENNAN:  I would, at this point, I'm going to

18     advise him not to answer any questions on the advice of

19     -- his answer will be that, on the advice of counsel,

20     he refuses to answer any questions based upon his Fifth

21     Amendment rights.

22         BY MS. BARCLAY:

23 Q   Have you ever been charged with a crime?

24         MR. BRENNAN:  I'm going to object to that, also,

25     on the same basis.

1          MS. BARCLAY:  Okay.

2          BY MS. BARCLAY:

3  Q  Have you ever been involved in a civil case in court?

4          MR. BRENNAN:  You can answer that.

5  A  Yeah.

6  Q  What, how many cases?

7  A  I believe it's one.

8  Q  Okay.  What was the, the nature of the case?

9  A  David Mosso move out between disturbance or something.

10    I'm not quite sure, so it--

11  Q  What court was it in?

12  A  It was Worcester.

13  Q  And do you remember what court in Worcester?

14  A  In Housing Court.

15  Q  Were you the plaintiff or the defendant?

16  A  Defendant.  No, the plaintiff -- defendant.

17  Q  Other than that civil court case, any other civil cases

18    that you've been involved in?

19  A  No, I don't remember any.

20  Q  I'm sorry?

21  A  I don't remember being involved in more civil cases,

22    so.

23  Q  Have you talked to anyone about this deposition?

24  A  My lawyer, just the lawyer.

25  Q  Okay.  And other than your lawyer, anyone else?

```
 1   A    No.
 2   Q    Was there anyone present when you talked to your
 3        lawyer?
 4   A    No, just me.
 5             COURT REPORTER:  I'm sorry.  I didn't hear--
 6   A    No.  No, no.  Sorry.
 7   Q    Have you talked to anyone other than your lawyer about
 8        this--
 9   A    No--
10   Q    --civil forfeiture case?
11   A    No.
12   Q    What's the phone number at 99-101 Longfellow?
13   A    What was the phone number?
14   Q    Yes.
15   A    I believe it was 508-756-5751.  I don't quite sure, I
16        don't quite remember that number.
17   Q    Okay.  Do you have a cell phone?
18   A    Right now?
19   Q    Yes.
20   A    Yeah.
21   Q    What's the phone number for your cell phone?
22   A    508-353-4722.
23   Q    And did you have a cell phone back in 2003?
24   A    Yeah.
25   Q    And was it the same one that you have now?
```

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | What was the number then? |
| 3 | A | I believe it was 7 -- 744-239 -- 239 -- I don't quite |
| 4 | | remember the last four numbers. |
| 5 | Q | Okay.  Do you have any cars or vehicles? |
| 6 | A | No. |
| 7 | Q | How do you get around? |
| 8 | A | The car's in the business name. |
| 9 | Q | I'm sorry? |
| 10 | A | The cars are in the business. |
| 11 | Q | Of Maytag-- |
| 12 | A | The car, yeah, Maytag business. |
| 13 | Q | How many cars does Maytag have? |
| 14 | A | Two. |
| 15 | Q | What kind of cars? |
| 16 | A | A Honda and a Lexus. |
| 17 | Q | What kind of Honda? |
| 18 | A | Accord. |
| 19 | Q | I'm sorry? |
| 20 | A | Accord. |
| 21 | Q | An Accord? |
| 22 | A | Yeah. |
| 23 | Q | Okay.  And what's the year? |
| 24 | A | 2003. |
| 25 | Q | Do you remember the license plate number? |

1   A   Is 140-7 -- 140-7 -- I don't, don't remember the

2       letter, but it's 140-7.

3   Q   And how long have you had that car?

4   A   From 2003.

5   Q   Do you remember what month?

6   A   January.

7                   (The document referred to was

8                   marked for identification as

9                   Thompson Exhibit No. 1.)

10      BY MS. BARCLAY:

11  Q   Mr. Thompson, if you could take a look at what's been

12     marked as Exhibit No. 1.

13     (Pause while witness reviews document.)

14  A   Yeah.

15  Q   Do you recognize that, those documents?

16  A   Yeah.

17  Q   If you look at the third page, it's titled Louis

18     Thompson's Verified Statement of Interest; is that your

19     signature on that document?

20  A   Yeah.

21  Q   And is it true and correct?

22  A   Yeah.

23  Q   I'm sorry?

24  A   Yeah, yeah, yeah.

25  Q   When you lived at 99 Longfellow, Unit 1, did anyone

21

1           else live in that unit with you?

2    A     Yeah.

3    Q     Who lived there?

4    A     Mark Stevens and Patrick Gordon.

5    Q     I'm sorry?

6    A     Mark Stevens and Patrick Gordon.

7    Q     Patrick Gordon?

8    A     And Mark Stevenson.

9    Q     And Mark Stevenson, you testified earlier, is your

10          nephew; right?

11   A     Yeah.

12   Q     How, are you related in any way to Patrick Gordon?

13   A     Yeah.

14   Q     How are you related to him?

15   A     Cousin.

16   Q     Did anyone else live in that unit with you?

17   A     Not any more right now.

18   Q     You don't live there now; right?

19   A     No.

20   Q     Okay.  So between January 2003 and November 2003, did

21          anyone else live in that unit with you?

22   A     Just the three of us.

23   Q     How many bedrooms does that unit have?

24   A     It's, it's a four bedroom, yeah, it's a four bedroom.

25   Q     And--

22

| 1 | A | Three bedroom, three bedroom because I used the, the, |
| 2 | | the sunny one I made into -- a three bedroom.  It was a |
| 3 | | three bedroom. |
| 4 | | COURT REPORTER:  Can you push in a little bit to |
| 5 | | the mike, please? |
| 6 | A | A  three bedroom. |
| 7 | Q | Did Patrick Gordon pay you rent? |
| 8 | A | Yeah. |
| 9 | Q | How much did he pay? |
| 10 | A | He usually gave me $80 a week. |
| 11 | Q | Did Mark Stevenson pay you rent? |
| 12 | A | Yeah. |
| 13 | Q | How much? |
| 14 | A | One twenty. |
| 15 | | MR. BRENNAN:  Just for the record, it's not |
| 16 | | Stevenson.  It's Stevens. |
| 17 | | MS. BARCLAY:  Stevens. |
| 18 | | BY MS. BARCLAY: |
| 19 | Q | One twenty a week? |
| 20 | A | Yeah. |
| 21 | Q | What did David Mosso pay for rent? |
| 22 | A | David Mosso used to pay $1,200, I think it was $1,200. |
| 23 | Q | A month or a week? |
| 24 | A | Yeah, per month, per month. |
| 25 | Q | How many bedrooms was his unit? |

23

| | | |
|---|---|---|
| 1 | A | Three bedroom. |
| 2 | Q | Did anyone live there with him? |
| 3 | A | His wife and kids. |
| 4 | Q | Who lives in Unit 1 of 99 Longfellow now? |
| 5 | A | Her name is Donna Sequis or something like that.  Her |
| 6 | | last, her first name is Donna Sequis, some Donna. |
| 7 | Q | Donna? |
| 8 | A | Yeah, Donna. |
| 9 | Q | How much rent does she pay? |
| 10 | A | She's paying, she's used to pay between $1,150 one |
| 11 | | times, but now she's paying $900.  She used to pay |
| 12 | | $1,150 when she have a roommate.  Now the roommate move |
| 13 | | out.  I gave it to her for $900. |
| 14 | Q | A month? |
| 15 | A | A month. |
| 16 | Q | Who lives in the second unit now? |
| 17 | A | Second unit is a family.  I don't quite remember their |
| 18 | | last name because there is, there is a foreign, a |
| 19 | | foreign name.  They're paying $1,150. |
| 20 | Q | Eleven hundred fifty? |
| 21 | A | Yeah. |
| 22 | Q | And what about the two units at 128 Maywood that you |
| 23 | | don't occupy; how much do you rent those for? |
| 24 | A | One is paying, one is paying $950 and one is paying |
| 25 | | $900. |

1   Q    When you owned 172 Longfellow--

2   A    Yeah--

3   Q    --what were those apartments renting for?

4   A    It was renting, one was renting for $1,150 and one was,

5        the second floor was renting for $900.

6   Q    Do you have leases for all of these units?

7   A    I used to have a lease, but when a tenant move out, I

8        tear it up.

9   Q    Is anyone who lives in your properties now living there

10       under lease?

11  A    Right now, yeah.

12  Q    How much is your monthly mortgage payment on

13       99 Longfellow?

14  A    Now, at the present time?

15  Q    Yes.

16  A    I believe it's, including insurance and tax, about

17       $2,000.

18  Q    What is your monthly mortgage payment on 128 Maywood?

19  A    128 Maywood, right now?

20  Q    Yes.

21  A    I believe it's $2,300.

22  Q    Is there, in 99 Longfellow, there are two units.   Is

23       there also a basement?

24  A    Yeah.

25  Q    And how is the basement set up?

25

1  A   The basement is set up like, got a, comparative rooms

2      are down there.

3  Q   I'm sorry?

4  A   Compared with compartment, storing compartments.

5  Q   And are there storage compartments assigned to each

6      unit?

7  A   It's an open basement.  Anyone can go in there, anyone

8      put anything in there.

9  Q   Okay.  How many compartments are there in the basement?

10 A   There's about one, two, three, about four to five

11     compartments.

12 Q   And during 2003--

13         (Sneeze.)

14         MS. BARCLAY:  Bless you.

15         BY MS. BARCLAY:

16 Q   --who had access to the basement?

17         MR. BRENNAN:  I'll object to that on the same

18     basis.

19         MS. BARCLAY:  Fifth Amendment?

20         MR. BRENNAN:  Yes.

21         BY MS. BARCLAY:

22 Q   Do you know Damien Campbell?

23 A   Yeah.

24 Q   Who is he?

25 A   He's my nephew.

```
 1   Q   Your nephew?

 2   A   Yup.

 3   Q   Has he ever lived with you?

 4   A   Yeah, when he was much smaller.  Yeah, yeah.

 5   Q   And did he live with you in 2003?

 6   A   No.

 7   Q   Do you know Sean Barrett?

 8   A   Yes.

 9   Q   Who is he?

10   A   My nephew.

11   Q   And has he ever lived with you?

12   A   In the past.  Not at the present time, at that time.

13   Q   Did he live with you in 2003?

14   A   No.

15   Q   Have you ever used cocaine or any other controlled

16       substance?

17            MR. BRENNAN:  I'd object to that.

18            COURT  REPORTER:  Can you, can you say that again?

19            MR. BRENNAN:  Object to that.

20            COURT REPORTER:  Thank you.

21            MR. BRENNAN:  The same basis as before.

22            MS. BARCLAY:  Fifth Amendment?

23            MR. BRENNAN:  Yes.

24            MS. BARCLAY:  Okay.

25            BY MS. BARCLAY:
```

27

1    Q    Have you ever sold cocaine or any other controlled

2         substance?

3              MR. BRENNAN:  The same objection.

4              BY MS. BARCLAY:

5    Q    And have you ever purchased cocaine or any other

6         controlled substance?

7              MR. BRENNAN:  The same objection.

8              MS. BARCLAY:  Okay.  So just for the record,

9         you've instructed your client not to answer any of

10        tnose--

11             MR. BRENNAN:  Yes, I have--

12             MS. BARCLAY:  --questions on the grounds--

13             MR. BRENNAN:  Yes--

14             MS. BARCLAY:  --of Fifth Amendment privilege.

15             MR. BRENNAN:  Right, yes.

16             BY MS. BARCLAY:

17   Q    You lived at 99 Longfellow in September 2003; correct?

18   A    Yeah.

19   Q    And there was a search of the property by the police in

20        September 2003; is that right?

21             MR. BRENNAN:  Objection to that, the same basis.

22             MS. BARCLAY:  So, again, you're going to instruct

23        your client not to answer any questions--

24             MR. BRENNAN:  Yes--

25             MS. BARCLAY:  --about--

28

```
 1            MR. BRENNAN:  Right--

 2            MS. BARCLAY:  --the search based on--

 3            MR. BRENNAN:  I just, this is--

 4            MS. BARCLAY:  --Fifth Amendment privilege?

 5            MR. BRENNAN:  Right.

 6            MS. BARCLAY:  Okay.

 7            BY MS. BARCLAY:

 8    Q    And you were arrested in September 2003; is that

 9         accurate?

10            MR. BRENNAN:  I would object to that on--

11            MS. BARCLAY:  Okay--

12            MR. BRENNAN:  --the same basis.

13            MS. BARCLAY:  Okay.

14            BY MS. BARCLAY:

15    Q    So --

16            (Pause.)

17            Just to be clear, Mr. Thompson, just so I

18         understand this, the Maytag Laundromat, you have a

19         partnership with someone else?

20    A    Yeah.

21    Q    And neither of you gets paid until December--

22    A    Yeah--

23    Q    --from the, the laundromat?

24    A    Yeah.

25    Q    So where does, each month, where does the revenue from
```

| | | |
|---|---|---|
| 1 | | the laundromat go? |
| 2 | A | To the bank. |
| 3 | Q | So is there an account for the laundromat? |
| 4 | A | Yeah. |
| 5 | Q | At what bank? |
| 6 | A | Banknorth. |
| 7 | Q | And do you have any personal bank accounts? |
| 8 | A | Checking. |
| 9 | Q | Where is that? |
| 10 | A | Same. |
| 11 | Q | At Banknorth? |
| 12 | A | Yeah. |
| 13 | Q | Okay.  Is it held in your name? |
| 14 | A | Yeah. |
| 15 | Q | Do you have any interest in any other bank accounts, CD |
| 16 | | accounts-- |
| 17 | A | No-- |
| 18 | Q | --retirement accounts-- |
| 19 | A | No-- |
| 20 | Q | --anything like that?  I'm sorry? |
| 21 | A | No. |
| 22 | Q | Do you have any joint property or bank accounts-- |
| 23 | A | No-- |
| 24 | Q | --with your wife? |
| 25 | | MR. BRENNAN:  Let her finish, and then you can |

1     answer.

2         THE WITNESS: Okay. Sorry.

3  A  No.

4         MS. BARCLAY: Okay. All right. So just to be

5     clear for the record, any questions relation to the

6     September 2003 search and arrest or any sort of

7     questions about drug use or drug sales or drug

8     purchases, Mr. Thompson has been instructed by his

9     attorney not to answer based on the Fifth Amendment

10    privilege; is that--

11        MR. BRENNAN: Yes, he has--

12        MS. BARCLAY: --correct? Okay. At this point,

13    we'll suspend the deposition.

14        MR. BRENNAN: Thank you.

15        THE WITNESS: Thank you very much.

16        (Whereupon, at 10:28 a.m., April 14, 2005, the

17    above deposition was concluded.)

31

# C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS  )
                               )  SS.
COUNTY OF SUFFOLK              )

I, Jody Perkins, a Court Reporter and Notary Public, within and for the Commonwealth of Massachusetts, do hereby certify that there came before me on this 14th day of April, 2005, the person hereinbefore named, who was by me duly sworn to tell the truth, the whole truth, and nothing but the truth, concerning and touching the matter in controversy in this cause; that she was thereupon examined upon her oath, and her examination reduced to typewriting, under my direction, and that this interview transcript is a true and accurate record of the testimony given by the witness.

I further certify that I am not related to any of the parties hereto or their counsel, and that I am in no way interested in the outcome of said cause.

Dated at Boston, Massachusetts, this 25th day of April, 2005.


Jody Perkins
NOTARY PUBLIC
My Commission Expires:
October 27, 2011


*APEX Reporting*
(617) 426-3077

32

## CORRECTION SHEET

DEPOSITION OF LOUIS THOMPSON

PAGE NO.     LINE NO.     SUGGESTED CORRECTION

*APEX Reporting*
(617) 426-3077

SIGNATURE OF WITNESS:

      I have read the foregoing transcript and the same contains a true and accurate recording of my answers to the questions therein set forth, subject to the change and/or correction sheet(s) attached.

                            _____

                                 Deponent