```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,       )
            Plaintiff,          )
                                )
        v.                      )  Civil Action No. 03-12378-MLW
                                )
99-101 LONGFELLOW ROAD,         )
WORCESTER, MASSACHUSETTS,       )
            Defendant.          )
_____)
                                )
LOUIS THOMPSON,                 )
            Claimant.           )
```

## UNITED STATES' STATUS REPORT
## PURSUANT TO APRIL 7, 2005 ORDER

The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this Status Report pursuant to the Court's April 7, 2005 Order requiring the parties in this civil forfeiture action to further report regarding settlement by June 15, 2005.

1.  On April 1, 2005, the United States filed a status report indicating, based on discussions between counsel for the parties, that there were no prospects of settling Louis Thompson's claim before his May 2005 trial on the state criminal charges related to this forfeiture action.  Thompson's state criminal trial was then postponed until June 8, 2005.

2.  On June 8, 2005, Thompson failed to appear for trial on the related state criminal charges in Worcester Superior Court. The Court entered a default on the state charges.

3.  On June 9, 2005, undersigned counsel for the United States attempted to contact counsel for Thompson regarding the status of Thompson's state criminal case, as well as this civil forfeiture case.  Counsel for Thompson has not returned that call.

4.  The United States cannot settle Thompson's claim while he is a fugitive on the state court criminal charges.  <u>See</u> 28 U.S.C. § 2466.  In fact, upon receiving confirmation that a warrant was issued for Thompson's arrest in the state criminal case, the United States intends to file a motion to strike Thompson's claim under 28 U.S.C. § 2466, which codified the fugitive disentitlement doctrine.

5.  The United States notes that it filed a Motion for Summary Judgment under Federal Rule of Civil Procedure 56 on May 12, 2005, and that its motion currently is unopposed.

6.  The United States anticipates finalizing a settlement of the Claim filed by Mortgage Electronic Registration Systems, Inc. ("MERS") on or before June 30, 2005.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                             By:  /s/Kristina E. Barclay
                                  KRISTINA E. BARCLAY
Dated: June 13, 2005              Assistant U.S. Attorney

2

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Dated: June 13, 2005                    /s/Kristina E. Barclay
                                        KRISTINA E. BARCLAY
                                        Assistant U.S. Attorney