```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 03-12378-MLW
                               )
99-101 LONGFELLOW ROAD,         )
WORCESTER, MASSACHUSETTS,      )
          Defendant.           )
_____)
                               )
LOUIS THOMPSON,                )
          Claimant.            )
```

**UNITED STATES' STATUS REPORT**
**PURSUANT TO JUNE 24, 2005 ORDER**

The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits this Status Report pursuant to the Court's June 24th, 2005 Order requiring the parties in this civil forfeiture action to further report regarding settlement by July 30, 2005.

1. On June 13, 2005, the United States filed a status report indicating, based on discussions between counsel for the parties, that Thompson's state criminal trial was postponed until June 8, 2005.

2. On June 8, 2005, Thompson failed to appear for trial on the related state criminal charges in Worcester Superior Court. The Court entered a default on the state charges. Since that time Counsel for Thompson has indicated the client is no longer in Massachusetts.

3.  On June 13, 2005 the United States reported it could not settle Thompson's claim while he is a fugitive on the state court criminal charges.  See 28 U.S.C. § 2466.

4.  The United States intends to file a motion to strike Thompson's claim under 28 U.S.C. § 2466, which codified the fugitive disentitlement doctrine.

5.  The United States notes that it filed a Motion for Summary Judgment under Federal Rule of Civil Procedure 56 on May 12, 2005, and that its motion currently is unopposed.

6.  The United States anticipates finalizing a settlement of the Claim filed by Mortgage Electronic Registration Systems, Inc. ("MERS") on or before September 2, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

    By:  /s/Anton P. Giedt_____
        ANTON P. GIEDT
Dated: July 29, 2005    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Dated: July 29, 2005　　　　　　　　　　　　　/s/ Anton P. Giedt
　　　　　　　　　　　　　　　　　　　　　　　ANTON P. GIEDT
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney