UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,       )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 03-12378-MLW
                                )
99-101 LONGFELLOW ROAD,         )
WORCESTER, MASSACHUSETTS,       )
          Defendant.            )
_____ )
                                )
LOUIS THOMPSON,                 )
          Claimant.             )
```

**JOINT MOTION OF UNITED STATES AND MERS
TO EXTEND TIME TO FINALIZE SETTLEMENT**

The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Petitioner, Mortgage Electric Registration Systems, Inc. ("MERS"), respectfully request an extension of time until September 30, 2005, to complete the settlement of MERS's claim in the above captioned civil forfeiture action. Good cause exists for this extension.

Although the United States and MERS anticipated being able to complete the settlement by September 2, 2005, scheduling conflicts and other obligations have intervened. Also, the lead attorney for the United States has been out of the office on paternity leave and undersigned counsel has been covering this matter to complete the settlement and other tasks in this action.

Counsel for the United States and MERS have been exchanging drafts of the settlement agreement and are close to agreement on

the majority of terms.  However, there are a few terms that require further discussion, clarification and approval from MERS and the United States.  Officials at MERS will not be able to review and approve the settlement until after September 21, 2005.  An extension of time until September 30, 2005, should allow the United States and MERS sufficient time to (1) complete the settlement agreement, (2) for the United States to Dismiss MERS from this action, and (3) for the United States to renew its motion for summary judgment in accordance with the Court's August 8, 2005, Electronic Order.

    This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.  Therefore, the United States and MERS respectfully request that the Court allow them until September 30, 2005, to complete their settlement.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Anton P. Giedt
ANTON P. GIEDT
Assistant U.S. Attorney
617-748-3309 (Voice)
anton.giedt@usdoj.gov

Dated: September 9, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Dated: September 9, 2005                /s/ Anton P. Giedt
                                                    ANTON P. GIEDT
                                                    Assistant U.S. Attorney