UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 03-12378-MLW
                               )
99-101 LONGFELLOW ROAD,         )
WORCESTER, MASSACHUSETTS,       )
          Defendant.           )
_____)
                               )
LOUIS THOMPSON,                )
          Claimant.            )
```

**JOINT MOTION OF UNITED STATES AND MERS
TO EXTEND TIME TO FINALIZE SETTLEMENT**

The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Petitioner, Mortgage Electric Registration Systems, Inc. ("MERS"), respectfully request an an additional 14 days until October 14, 2005, to complete the settlement of MERS's claim in the above captioned civil forfeiture action.  Good cause exists for this extension.

The United States and MERS have reached agreement on the language of the settlement agreement and are now in the process of obtaining final clearance and signatures from MERS management officials and from officials within the government.  An extension of time until October 14, 2005, should allow the United States and MERS sufficient time to (1) execute the settlement agreement, (2)for the United States to Dismiss MERS from this action, and (3) for the United States to renew its motion for summary

judgment in accordance with the Court's August 8, 2005, Electronic Order.

    This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.  Therefore, the United States and MERS respectfully request that the Court allow them until October 14, 2005, to complete their settlement.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                        By:   /s/Anton P. Giedt
                                ANTON P. GIEDT
Dated: September 30, 2005     Assistant U.S. Attorney
                                617-748-3309 (Voice)
                                anton.giedt@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing and by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

Dated: September 30, 2005

                                        /s/ Anton P. Giedt
                                        ANTON P. GIEDT
                                        Assistant U.S. Attorney