UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>              Plaintiff,            )<br>                                                )<br>       v.                                     )<br>                                                )<br>99-101 LONGFELLOW ROAD,      )<br>WORCESTER, MASSACHUSETTS, )<br>              Defendant.           )<br>_____  )<br>                                                )<br>LOUIS THOMPSON,                   )<br>              Claimant.            )<br>                                                )  | **Civil Action No. 03-12378-MLW** |

## MOTION OF THE UNITED STATES FOR DELAYED FILING

Pursuant to an extension granted by the Court on October 5, 2005, the United States' deadline for completing settlement with petitioner Mortgage Electric Registration Systems, Inc., as nominee for GMAC Mortgage Corporation ("GMACM"), and to briefly renew its motion for summary judgment, was extended until October 14, 2005 (Docket No. 37). Although the settlement was completed and executed by GMACM by October 14, 2005, the original document was not received in the U.S. Attorney's Office for signature by undersigned counsel for the United States until October 17, 2005. The Expedited Settlement Agreement has now been executed by both GMACM and the United States, a motion to dismiss GMACM, and a motion to briefly renew the United States' motion for summary judgment have been prepared for filing with the Court, and attempts have been made to confer with Claimant Thompson's counsel under Local Rule 7.1.

Accordingly, the United States respectfully moves for leave of the Court for the delayed filing of these documents.

Respectfully submitted,

For the United States

MICHAEL J. SULLIVAN
United States Attorney


By: /s/ Anton P. Giedt
   Anton P. Giedt
   Assistant U.S. Attorney
   617-748-3309 (Voice)
   617-748-3967 (Fax)
   anton.giedt@usdoj.gov

Dated: October 20, 2005

---

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with counsel for petitioner Mortgage Electric Registration Systems, Inc., as nominee for GMAC Mortgage Corporation (GMACM) on this motion, and that GMACM's counsel has assented to this motion. Undersigned counsel attempted to contact and confer with counsel for Claimant Thompson by telephone on October 18, 19 and 20, 2005, but was unable to reach counsel due to scheduling conflicts.

    /s/ Anton P. Giedt
    Anton P. Giedt
    Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                        Boston, Massachusetts
                                        DATE: October 20, 2005

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing.

    /s/ Anton P. Giedt
    Anton P. Giedt
    Assistant U.S. Attorney