UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>  v. )<br> )<br>99-101 LONGFELLOW ROAD, )<br>WORCESTER, MASSACHUSETTS, )<br>    Defendant. )<br>_____ )<br> )<br>LOUIS THOMPSON, )<br>    Claimant. )<br> ) | **Civil Action No. 03-12378-MLW** |

**JOINT MOTION OF THE UNITED STATES AND GMACM
TO DISMISS GMACM CONTINGENT ON
SATISFACTION OF TERMS OF EXPEDITED SETTLEMENT AGREEMENT**

  The Plaintiff, the United States of America ("United States" or "Government"), by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Petitioner, Mortgage Electric Registration Systems, Inc., as nominee for GMAC Mortgage Corporation ("GMACM"), respectfully request That GMACM be dismissed from this matter contingent on the United States and GMACM satisfying the terms of the Expedited Settlement Agreement that they have entered into.  Pursuant to the Expedited Settlement Agreement GMACM has agreed to compromise and settle its interest in the Defendant Property in return for payment of specified costs and fees and other terms of settlement after the Defendant Property is negotiated pursuant to forfeiture proceedings in this Court.  A copy of the Expedited Settlement Agreement is attached to this Motion.

The United States and GMACM request that the Court retain jurisdiction over this action to enforce the terms of the Expedited Settlement Agreement.

Respectfully submitted,

| For the United States of America, | For GMACM, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | |
| By: /s/ Anton P. Giedt<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>617-748-3309 (Voice)<br>617-748-3967 (Fax)<br>anton.giedt@usdoj.gov | /s/ Michael H. Theodore (by:APG)<br>Michael H. Theodore, Esq.<br>Cohn & Dussi, LLC<br>25 Burlington Mall Road, 6th Flr<br>Burlington, MA 01803-4158<br>(781) 449-4600 (Voice) |
| Dated: October 20, 2005 | Dated: October 20, 2005 |

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with counsel for petitioner Mortgage Electric Registration Systems, Inc., as nominee for GMAC Mortgage Corporation (GMACM) on this motion, and that GMACM's counsel has joined in this motion. Undersigned counsel attempted to contact and confer with counsel for Claimant Thompson by telephone on October 18, 19 and 20, 2005, but was unable to reach counsel due to scheduling conflicts.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                      Boston, Massachusetts
                                                                                                         DATE: October 20, 2005

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney