UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>99-101 LONGFELLOW ROAD,<br>WORCESTER, MASSACHUSETTS<br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 03-12378-MLW<br>)<br>)<br>)<br>)<br>) |

## EXPEDITED SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED by and between plaintiff United States of America and the Petitioner, Mortgage Electric Registration Systems, Inc., as nominee for GMAC Mortgage Corporation ("GMACM"), of P.O. Box 780, Waterloo, Iowa 50704-0780 (hereinafter "GMACM"), to compromise and settle GMACM's claim with respect to the following Defendant Property:

a. Certain real property including all buildings, appurtenances, and improvements thereon, located at 99-101 Longfellow Road, Worcester, MA (deed recorded with the Worcester District Registry of Deeds in Book 16257, Page 98 (the "Defendant Property").

This Expedited Settlement is entered into between the parties pursuant to the following terms:

1. The parties hereby agree that GMACM has a valid interest in the Defendant Property and that any violations of 21 U.S.C. §§ 841, 846 and/or 856 involving the Defendant Property occurred without the knowledge and consent of GMACM.

2. The United States agrees that upon sale of the Defendant Property pursuant to an order of the Court, or upon sale of the Defendant Property pursuant to entry by the Court of a Final Order of Forfeiture, the United States will not contest payment of the following to

GMACM from the proceeds of sale, after payment of outstanding taxes and expenses of custody and sale incurred by the United States Marshals Service:

    a.    any unpaid principal amount due to GMACM in the amount described in the Mortgage between Louis Thompson and GreenPoint Mortgage Funding, Inc., which was recorded in the official records of the Worcester District of the Registry of Deeds at Book 25859, Page 374, and attached hereto as Exhibit A; and the Assignment of Mortgage/Deed of Trust between GreenPoint Mortgage Funding, Inc., and GMACM, and attached hereto as Exhibit B; and

    b.    all unpaid interest at the contractual (not default) rate under the above mortgage instrument;

    c.    All unpaid loan charges provided for in the mortgage instruments, other than default-rate interest and attorneys' fees, including but not limited to real estate taxes, casualty insurance, late charges, and property preservation fees.[1]

3.    The payments to GMACM shall be in full settlement and satisfaction of all claims by GMACM to the Defendant Property, which was named in Verified Complaint for Forfeiture in Rem, filed with the United States District Court for the District of Massachusetts on November 25, 2003, and of any claims resulting from the incidents or circumstances giving rise to this forfeiture action.

4.    Upon payment, GMACM agrees to provide a full, complete, and effective release, and to assign and convey its security interest to the United States, both via recordable documents and to release and hold harmless the United States, and any agents, servants, and employees of the United States, including, but not limited to, the United States Department of Justice, the United States Attorneys Office for the District of Massachusetts, the United States Drug Enforcement Administration, and the United States Marshals

---

[1] The government shall **not** be liable for any amount due GMACM as listed in Paragraph 2(a), (b) or (c) in excess of the sale price of the Defendant Property, less taxes and the government's expenses, upon the sale of the Defendant Property by the United States Marshals Service.

Service, as well as any State or local law enforcement agencies involved in the forfeiture of the Defendant Property, acting in their individual or official capacities, from any and all claims by GMACM and its agents which currently exist or which may arise as a result of the government's actions in dealing with the subject property under the terms of this settlement agreement.

5. GMACM agrees to waive all attorneys' fees under 18 U.S.C. § 2465.

6. GMACM does hereby notify the government that at the signing of the settlement, the provisions of the mortgage and note are now in default and the matter is recommended for foreclosure under the terms of the mortgage and note. GMACM is agreeable to assign its interests pursuant to Paragraph two (2) herein and knows of no other circumstance, other than the pendency of this forfeiture action, that would impede a foreclosure proceeding including a foreclosure sale. GMACM further agrees to join in any motion by the United States for interlocutory sale of the property and any motions to remove occupants who fail to abide by the terms of an occupancy agreement. GMACM shall endorse such government motions within ten days of receipt of the motion.

7. GMACM understands and agrees that by entering into this Expedited Agreement of its interest in the Defendant Property, it waives any rights to litigate further against the United States its interest in the Defendant Property and to petition for remission or mitigation of the forfeiture.

8. GMACM understands and agrees that the United States reserves the right to void the expedited settlement agreement if, before payment of the mortgage or lien, the United States obtains new information that the mortgagee or lienholder is not an "innocent owner" or "bona fide purchaser" pursuant to the applicable forfeiture statutes. The United

States also reserves the right, in its discretion, to terminate the forfeiture at any time and release the subject property. In either event, the Government shall promptly notify the mortgagee or lienholder of such action. A discretionary termination of forfeiture shall not be a basis for any award of fees under 18 U.S.C. § 2465.

9. GMACM agrees to execute further documents, to the extent necessary, to convey clear title to the property to the United States and to further implement the terms of this settlement. Each party agrees to bear its own costs and attorneys' fees.

10. Payment to GMACM pursuant to this settlement agreement is contingent upon sale of the Defendant Property, either pursuant to a court order authorizing interlocutory sale of the Defendant Property and authorizing a pre-judgment payment to GMACM, or pursuant to a final order and judgment of forfeiture authorizing a post-judgment payment to GMACM and rejecting any claims to the Defendant Property other than GMACM's claim.

11. The parties agree that any violation of any terms and conditions of this agreement shall be construed as a violation of an order of the court.

| GMACM MORTGAGE CORPORATION | THE UNITED STATES OF AMERICA |
|---|---|
| By Its Attorney | By Its Attorney<br>Michael J. Sullivan,<br>United States Attorney |
| *[signature]*<br>Michael H. Theodore, Esq.<br>Cohn & Dussi, LLC<br>25 Burlington Mall Road, 6th Floor<br>Burlington, MA 01803-4158<br>(781) 449-4600 | *[signature]*<br>Anton P. Giedt<br>Assistant United States Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |
| DATED: 10/13/05 | DATED: 10/17/05 |

4