UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| v. | ) **Civil Action No. 03-12378-MLW**<br>) |
| 99-101 LONGFELLOW ROAD,<br>WORCESTER, MASSACHUSETTS,<br>        Defendant. | )<br>)<br>)<br>) |
| | )<br>) |
| LOUIS THOMPSON,<br>        Claimant. | )<br>)<br>) |

**MOTION OF THE UNITED STATES
TO BRIEFLY RENEW ITS MOTION FOR SUMMARY JUDGMENT**

In accordance with the Court's order of August 8, 2005, the United States has entered into an Expedited Settlement Agreement with petitioner Mortgage Electric Registration Systems, Inc., as nominee for GMAC Mortgage Corporation ("GMACM"), and the United States and GMACM have moved jointly to dismiss GMACM from this action.

In further accordance with the Court's order of August 8, 2005, the United States now briefly renews its motion for summary judgment and incorporates by reference its previous filings on summary judgment, Docket Numbers 29, 30, and 31. As of this date the United States has not been served with an opposition from Claimant Louis Thompson

       Respectfully submitted,

       For the United States of America,

       MICHAEL J. SULLIVAN
       United States Attorney

       By: /s/ Anton P. Giedt
           Anton P. Giedt
           Assistant U.S. Attorney
           617-748-3309 (Voice)
           617-748-3967 (Fax)
           anton.giedt@usdoj.gov

       Dated: October 20, 2005

---

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with counsel for petitioner Mortgage Electric Registration Systems, Inc., as nominee for GMAC Mortgage Corporation (GMACM) on this motion, and that GMACM's counsel has no objection to this motion. Undersigned counsel attempted to contact and confer with counsel for Claimant Thompson by telephone on October 18, 19 and 20, 2005, but was unable to reach counsel due to scheduling conflicts.

       /s/ Anton P. Giedt
       Anton P. Giedt
       Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.        Boston, Massachusetts
       DATE: October 20, 2005

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing.

       /s/ Anton P. Giedt
       Anton P. Giedt
       Assistant U.S. Attorney