

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Telephone: (617) 748-3100*

*Anton P. Giedt, Assistant U.S. Attorney*
*John Joseph Moakley United States Courthouse*
*Asset Forfeiture Unit*
*1 Courthouse Way, Suite 9200*
*Boston, Massachusetts  02210*

March 1, 2006

Dennis O'Leary, Courtroom Clerk for
  the Honorable Mark L. Wolf
  Chief United States District Judge
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:  United States v. 99-101 Longfellow Road, Worcester, MA
          Civil Action No. 03-12378-MLW

## NOTICE OF SUBMISSION
## OF PROPOSED FINAL JUDGMENT AND ORDER OF FORFEITURE

Dear Mr. O'Leary:

    In accordance with the Court's Electronic Order of February 27, 2006 granting Summary Judgment to the United States and GMAC (Docket #29), attached is a proposed Final Judgment and Order of Forfeiture.

    Thank you for your attention in this regard.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                          United States Attorney

                    By: /s/ Anton P. Giedt
                        Anton P. Giedt
                        Assistant U.S. Attorney
                        (617) 748-3100

APG:jlj
Enclosures

cc:  Joseph Brennan, Esq.
     Michael H. Theodore, Esq.