UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff, | )<br>)<br>) |
| v. | ) **Civil Action No. 03-12378-MLW** |
| 99-101 LONGFELLOW ROAD,<br>WORCESTER, MASSACHUSETTS,<br>          Defendant. | )<br>)<br>)<br>) |
| LOUIS THOMPSON,<br>          Claimant. | )<br>)<br>)<br>) |

**MOTION OF THE UNITED STATES FOR
FINAL JUDGMENT AND ORDER OF FORFEITURE**

In accordance with the Court's Electronic Order of February 27, 2006, granting Summary Judgment to the United States and GMAC (Docket #29), the United States respectfully moves for entry of final judgment and order of forfeiture. Attached for the Court's convenience is a proposed Final Judgment and Order of Forfeiture.

          Respectfully submitted,
          For the United States

          MICHAEL J. SULLIVAN
          United States Attorney

By:  /s/ Anton P. Giedt
      Anton P. Giedt
      Assistant U.S. Attorney
      617-748-3309 (Voice)
      617-748-3967 (Fax)
      anton.giedt@usdoj.gov

      Dated: March 10, 2006

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with counsel for petitioner Mortgage Electric Registration Systems, Inc., as nominee for GMAC Mortgage Corporation (GMACM) on this motion, and that GMACM's counsel has assented to this motion. Undersigned counsel attempted to contact and confer with counsel for Claimant Thompson by telephone, but was unable to reach counsel.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                Boston, Massachusetts

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

2