UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>99-101 LONGFELLOW ROAD, WORCESTER MASSACHUSETTS,<br>        Defendant.<br><br>LOUIS THOMPSON and<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, AS NOMINEE FOR GMAC MORTGAGE CORPORATION,<br>        Claimants. | )<br>)<br>)<br>)<br>) Civil Action No. 03-12378-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed plaintiff's Motion for Summary Judgment, Docket entry of Electronic Order entered February 27, 2006 granting Motion for Summary Judgment (Docket #29), it is hereby

ORDERED, ADJUDGED and DECREED:

1.    That judgment be and hereby is entered for the forfeiture of the real property located at 99-101 Longfellow Road, Worcester, Massachusetts (the "Defendant Property"), to the United States of America, pursuant to 21 U.S.C. § 881(a)(7);

2.    That any claim of interest of any other party claiming any right, title, or interest in or to the Defendant Property is hereby held in default and dismissed[1];

3.    That the Defendant Property be disposed of by the United

---

[1] On February 27, 2006, this Court endorsed the Joint Motion of the United States and GMACM to Dismiss GMACM Contingent on Satisfaction of Terms of Expedited Settlement Agreement.

States Marshals Service in accordance with law; and

4.  That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
MARK L. WOLF
Chief United States District Judge

Date: March 14, 2006